UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV11-4294 PSG (PLAx) - #55<br>CV11-1802 PSG (PLAx) - #31/32 | Date | January 30, 2012 |
|---|---|---|---|
| Title | Salazar, *et al.* v. JPMorgan Chase Bank, N.A., *et al.*;<br>Hightower, *et al.* v. JPMorgan Chase Bank, N.A., *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings:**   (In Chambers) Order MOOTING Motions to Appoint Lead Counsel

Before the Court are Plaintiffs Carolyn Salazar and Roger Al-Chaikh's motion to appoint Initiative Legal Group APC and Seeger Weiss LLP as interim Co-Lead Counsel, *see Salazar v. JPMorgan Chase Bank, N.A.*, Case No. 11-4294-PSG-PLAx, Docket No. 55 (Dec. 8, 2011), and Plaintiffs Evan Hightower and Ann Ross's motion to so appoint Marlin and Saltzman LLP and the Law Offices of Rheuban & Gresen. *See Hightower v. JPMorgan Chase Bank, N.A.*, Case No. 11-1802-PSG-PLAx, Docket No. 31 (Dec. 8, 2011). On December 22, 2011, counsel for all named Plaintiffs jointly stipulated to their organization going forward. *See id.*, Docket No. 34 (Dec. 22, 2011). The Court approved the joint stipulation on December 28, 2011. *See id.*, Docket No. 36 (Dec. 28, 2011). Accordingly, the pending motions are hereby rendered MOOT and taken off calendar.

**IT IS SO ORDERED.**